UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-81585-CV-Middlebrooks

PAMELA FORD,

    Plaintiff,

v.

ELIZABETH S. NIEMI,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court upon Plaintiff's Motion for Partial Summary Judgment (DE 77). The Petition was referred to Magistrate Judge Bruce E. Reinhart. (DE 56). On October 31, 2025, Judge Reinhart entered a Report and Recommendation ("Report") (DE 81), recommending that Plaintiff's Motion for Partial Summary Judgment be denied. Plaintiff filed her objections on November 10, 2025. (DE 85).

I have reviewed the Report, the record, Petitioner's objections, and relevant caselaw. I find that Judge Reinhart's findings are well-reasoned and supported by the record. Plaintiff's objections largely restate arguments previously raised and do not demonstrate that the Magistrate Judge applied an incorrect standard or overlooked controlling precedent.

Plaintiff argues that the Magistrate Judge misapplied the legal standard by requiring her to prove that Defendant Niemi had no legitimate lien interest whatsoever. I disagree. The Magistrate Judge correctly interpreted the plain language of Florida Statute § 817.535(8)(b), which requires a finding that the instrument contains a materially false, fictitious, or fraudulent statement "such that the instrument does not establish a legitimate property or lien interest." This language imposes a

higher threshold than mere exaggeration or error; it requires that the falsehood materially vitiate the legitimacy of the lien itself.

I further agree that Plaintiff has not met her burden under Rule 56. The record contains conflicting evidence regarding the amount owed, the nature of the services provided, and whether any portion of the lien was valid under § 713.65. While Plaintiff emphasizes Niemi's admissions and the inclusion of non-lienable charges, these facts do not conclusively establish that Niemi lacked any legitimate lien interest. As the Magistrate Judge noted, a reasonable fact finder could conclude that some debt was owed, and thus some lien interest may have existed.

For these reasons, and for the reasons explained in Judge Reinhart's well-reasoned Report, I deny Plaintiff's motion for summary judgment.

## CONCLUSION

For the foregoing reasons, it is **ORDERED AND ADJUDGED** that

1) Plaintiff's Objections (DE 85) to Judge Reinhart's Report are **OVERRULED**.

2) Judge Reinhart's Report (DE 81) is **ADOPTED**.

3) Plaintiff's Motion for Partial Summary Judgment (DE 77) is **DENIED**.

**SIGNED** in Chambers at West Palm Beach, Florida, this 13 day of November, 2025

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record